CRIMINAL DOCKET
UNDER SEAL

HOUSTON DIVISION                                             No.    **H 17-651**

USAO Number:    2016R23132

Magistrate Number:

United States Courts
Southern District of Texas
FILED
*November 3, 2017*

Filed: David J. Bradley, Clerk of Court    Judge:    MILLER

UNITED STATES of AMERICA
vs.

ATTORNEYS:

Abe Martinez, Acting USA                    (713) 567-9000
ADAM LAURENCE GOLDMAN, AUSA                 (713) 567-9000

|  | Appt'd | Private |
|---|---|---|
| FREDDY MONTES<br>aka Freddy Montez<br>aka King Mono<br>aka Mono | ☐ | ☐ |
| GIOVANNI ALEXANDER ALECIO<br>aka Jose Edgardo Gonzalez,<br>aka Whiteboy | ☐ | ☐ |
| VICTOR JAVIEL GONZALEZ<br>aka Victor Manuel Gonzalez-Cuenas<br>aka Gordo<br>aka Coche<br>aka Chuche | ☐ | ☐ |
| MELISA DOMINGUEZ<br>aka Melisa Bazan Dominguez<br>aka Melisa Rubio<br>aka Melisa Basal<br>aka Missy<br>aka La Guera | ☐ | ☐ |
| MARIA ANGELICA MORENO-REYNA<br>aka Patty<br>aka Patti<br>aka Pati<br>aka Agapita<br>aka Pita, aka Cuca | ☐ | ☐ |
| WILLIAM ALBERTO LOPEZ<br>aka William Alberto Lopez-Moreno<br>aka David Maldonado<br>aka Payoso<br>aka Payaso | ☐ | ☐ |

| Defendant | | |
|---|---|---|
| aka Principal | | |
| ISRAEL JUAREZ SIFUENTES<br>aka Cerillo | ☐ | ☐ |
| ERIK IVAN ALVAREZ-CHAVEZ<br>aka Jorge Ovidio Hernandez<br>aka George Hernandez<br>aka Casa Grande | ☐ | ☐ |
| GRISELDA SALAS | ☐ | ☐ |
| JOSE RUBEN PALOMO-MARTINEZ | ☐ | ☐ |
| DENIS AMAYA CABALLERO<br>aka Dennis Caballero<br>aka Christopher Caballero<br>aka Arnold Lopez<br>aka Keiko | ☐ | ☐ |
| GABRIELA GONZALEZ-FLORES<br>aka Gabby<br>aka Gaby<br>aka Gabriela Fores-Gonzales<br>aka Iela Gonzales | ☐ | ☐ |
| WALTER LOPEZ<br>aka Walter Barrios Moreno<br>aka Taz | ☐ | ☐ |
| EDDIE ALEJANDRO TORRES<br>aka Monterrey | ☐ | ☐ |
| JOSE LUIS MORENO<br>aka Lucky<br>aka Gordo | ☐ | ☐ |
| GILBERT ESPINOZA GARCIA<br>aka Gil Garcia<br>aka Gil | ☐ | ☐ |
| HECTOR REYNA<br>aka Pantera<br>aka Panther<br>aka Flaco | ☐ | ☐ |
| ANADALIT DUARTE<br>aka Paola<br>aka Ann Dalit Duarte Garcia | ☐ | ☐ |
| BIANCA STEPHANIE REYNA<br>aka Troubles | ☐ | ☐ |
| CLAUDIA SORIANO-HERNANDEZ<br>aka Paulina<br>aka Claudia Jackely Soriano-Hernandez<br>aka Claudia Sorianoa | ☐ | ☐ |
| JIMMY MEJIA CHAVEZ<br>aka Yimmy Mejia Chavez<br>aka Jimy Josue Mejia Chavez | ☐ | ☐ |
| JUAN CARLOS CONTRERAS CERVANTES<br>aka Carlos | ☐ | ☐ |

Charge (Total)  Ct. 1: Conspiracy to Engage in Sex Trafficking by Means of Force, Threats, Fraud, & Coercion [18 U.S.C. § 1594(c) & 1591(a)]

Ct. 2: Sex Trafficking of a Minor by Means of Force, Threats, Fraud, and Coercion [18 U.S.C. § 1591 & 2]

| | |
|---|---|
| (Counts) | Cts. 3-6: Sex Trafficking by Means of Force, Threats, Fraud, or Coercion [18 U.S.C. § 1591(a) & 2] |
| (38) | Ct. 7: Conspiracy to Conduct Transportation to Engage in Prostitution [18 U.S.C. § 371 & 2421(a)] |
| | Cts. 8-12: Transportation to Engage in Prostitution [18 U.S.C. § 2421(a) & 2] |
| | Ct. 13: Conspiracy to Entice and Coerce Another to Travel in Interstate or Foreign Commerce for Prostitution [18 U.S.C. § 371 & 2422(a)] |
| | Cts. 14-17: Enticing and Coercing Another to Travel in Interstate or Foreign Commerce for Prostitution [18 U.S.C. § 2422(a) & 2] |
| | Ct. 18: Conspiracy to Bring In, Transport, Move, Conceal, Harbor, & Shield from Detection Illegal Aliens [8 U.S.C. § 1324(a)(1)(A)(v)(I)] |
| | Cts. 19-21: Transporting, Moving, Concealing, Harboring, Shielding from Detection, & Conspiring to Transport, Move, Conceal, Harbor & Shield from Detection Aliens [8 USC § 1324(a)(1)(A)(ii), (iii) & (v)(I), & 1324(a)(1)(B)(i), & 18 USC § 2] |
| | Ct. 22: Conspiracy to Import Aliens for Immoral Purposes [18 USC § 371 & 8 USC § 1328] |
| | Cts. 23-27: Importation of Alien for Immoral Purpose [8 USC § 1328 & 18 USC § 2] |
| | Ct. 28: Possession with Intent to Distribute Heroin [21 USC § 841(a)(1) & 841(b)(1)(C)] |
| | Ct. 29: Possession with Intent to Distribute at Least 50 Grams of Methamphetamine [21 USC § 841(a)(1) & 841(b)(1)(A)(viii)] |
| | Ct. 30: Illegal Dealing in Firearms [18 USC § 922(a)(1)(A), 923(a), 924(a)(1)(D)] |
| | Ct. 31: Convicted Felon in Possession of a Firearm [18 USC § 922(g)(1)] |
| | Cts. 32-34 Illegal Re-entry [8 USC § 1326(a)] |
| | Ct. 35,36: False Statement in an Immigration Document [18 USC § 1546(a)] |
| | Ct. 37: Aggravated Identity Theft [18 USC § 1028A] |

**PENALTYS:** Ct. 1: A term of years of imprisonment to life imprisonment, up to a $250,000 fine, up to 5 years of SRT, & a $5,100 SA
Cts. 2-6: 15 years to life imprisonment, up to a $250,000 fine, up to 5 years of SRT, & a $5,100 SA
Ct. 7, 13, 18, 22, 30: Up to 5 years imprisonment, up to a $250,000 fine, Up to 3 years of SRT & a $100 SA.
Cts. 8-12: Up to 10 years to imprisonment, up to a $250,000 fine, up to 3 years of SRT, & a $5,100 SA
Cts. 14-21: Up to 20 years imprisonment, up to a $250,000 fine, up to 3 years of SRT, & a $5,100 SA
Cts. 23-27: Up to 10 years imprisonment, up to a $250,000 fine, up to 3 years of SRT, & a $100 SA
Ct. 28: Up to 20 years imprisonment, up to a $1,000,000 fine, up to 3 years of SRT, & a $100 SA
Ct. 29: A sentence of at least 10 years imprisonment up to life imprisonment, up to a $1,000,000 fine, at least 5 years of SRT, $100 SA
Cts. 31, 35-36: Up to 10 years imprisonment, up to a $250,000 fine, up to 3 years of SRT & a $100 SA
Cts. 32-34 Up to 2 years imprisonment, up to a $100,000 fine, up to 1 year of SRT, & a $100 SA
Ct. 37: Mandatory 2 year consecutive sentence, up to a $250,000 fine, up to 3 years of SRT, & a $100 SA.

☐ In Jail
Denis Amaya-Caballero
Erik Ivan Alvarez-Chavez
☐ On Bond
Jose Ruben Palomo-Martinez
☐ No Arrest

NAME & ADDRESS of Surety:

`PROCEEDINGS: