UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 16, 2018
David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   CRIMINAL ACTION H-17-651 |
| | § |
| FREDDY MONTES, *et al.* | § |

## Order

Pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), the Court finds that the ends of justice which will be served by allowing the defendants additional time in which to prepare this case outweigh the best interest of the public and the defendants in a speedy trial.  The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §3161(h)(8)(B)(iv).

Accordingly, it is ordered that defendant's unopposed motion for continuance (Dkt. 334) is GRANTED and the time between August 16, 2018 and May 6, 2019 is excluded from consideration under the Speedy Trial Act, 18 U.S.C. §3161(h).  It is further ORDERED that the scheduling order is amended as follows:

| | |
|---|---|
| March 22, 2019 | All MOTIONS will be filed no later than this date. |
| 20 days from filing of motion | RESPONSES to motions will be filed no later than this date. |
| April 22, 2019 | PROPOSED voir dire, charge, exhibit and witness list due. |
| April 29, 2019 | OBJECTIONS to exhibits/witnesses due. |
| May 6, 2019 @ 10:00 a.m. | PRETRIAL CONFERENCE before Judge Gray H. Miller, 515 Rusk, Courtroom 9D, Houston, Texas.  **DEFENDANTS MUST BE PRESENT**. |
| May 6, 2019 @ 1:00 p.m. | JURY SELECTION and TRIAL. |

Signed at Houston, Texas on August 16, 2018.

_____
Gray H. Miller
United States District Judge