United States District Court
Southern District of Texas
**ENTERED**
October 17, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | CRIMINAL ACTION H-17-651 |
| FREDDY MONTES, *et al.* | § | |

## Order

A status conference will be held on Monday, October 21, 2019 at 2:00 p.m. in Courtroom 9-D, 515 Rusk, Houston, Texas. The defendants do not need to attend and the conference is only as to the parties pending trial.

Signed at Houston, Texas on October 17, 2019.

_____
Gray H. Miller
United States District Judge