IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                              4:17-cr-651-4

MELISA DOMINGUEZ (4)

## RESPONSE TO THE JOINT MOTION FOR EXTENSION OF THE STATUS CONFERENCE

Melisa Dominguez, through her attorney, Andres Sanchez, files this response to the recently filed Joint Motion for Extension of the Status Conference. Adam Goldman, the attorney representing the Government, recently requested a 7-day extension to the status conference, in part, because he was diagnosed with the flu. Undersigned counsel did not object to a short continuance for that reason. Ms. Dominguez, however, does object to a 30-day extension.

As discussed in her recently filed appeal requesting a bond (Docket Entry No. 416), Ms. Dominguez believes that she has served nearly as much, if not more, time than she would receive if she were to go to trial in this matter. She does not want any further delays to a trial date, beyond what is reasonably necessary to accommodate the Court and attorney's schedule.

For this reason, Ms. Dominguez respectfully requests that the Court schedule a status conference as soon as possible and schedule a trial date shortly after. Alternatively, she asks that the Court set a hearing in her appeal from the detention order.

Respectfully Submitted,

/s/ M. Andres Sanchez-Ross
M. Andres Sanchez-Ross
PARKER & SANCHEZ, PLLC
700 Louisiana St., Ste. 2700
Houston, Texas 77002
(713) 659-7200

## CERTIFICATE OF SERVICE

On the day of filing a true and correct copy of this filing was served on the all attorneys of record in this matter through the ECF system.

/s/ M. Andres Sanchez-Ross
M. Andres Sanchez-Ross
