# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | Criminal Case No. 4:17–cr–00651 |
| vs. | | Judge Charles Eskridge |
| Freddy Montes, et al. Defendant. | | |

## Notice of Setting

Take notice that a Motion Hearing is set as follows:

Thursday, December 15, 2022, at 01:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002