UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | CRIM. NO. 4:17-CR-651-1 |
| § | |
| FREDDY MONTES § | |
| § | |
| Defendant. § | |

### MOTION TO CONTINUE SENTENCING HEARING

The Defendant, Freddy Montes, by and through his undersigned counsel. Ms. Windi Pastorini, respectfully requests that this Court continue the sentencing date is scheduled for October 9, 2025 As grounds therefore, the Defendant submits the following:

The Defendant seeks at least 30 days to gather additional documents for the Court to consider in sentencing. The undersigned recently received, in writing, what is purported to be Victim Impact Statements from the 2 alleged victims: one in English and the other one in Spanish. I have requested that both be produced in Spanish and in English, and have not been provided with both.

WHEREFORRE, PREMISES CONSIDERED, the Defendant requests a 30 day extension in order to receive both Spanish written reports and be able to compare and confirm that the English translations of both are accurate.

1

Respectfully submitted,

/s/ Windi Akins Pastorini
WINDI AKINS PASTORINI
440 Louisiana, Suite 200
Houston, Texas  77002
(713)236-7300
(713)224-2815 Fax
STATE BAR NO.:00962500
*Attorney for Defendant*

## CERTIFICATE OF CONFERENCE

I hereby certify that my office has been unable to confer with AUSA Adam Goldman, regarding this motion. I have reached out several times but have received no reply.

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF via email to all parties.

/s/Windi Akins Pastorini
WINDI AKINS PASTORINI

2