United States District Court

Southern District of Texas

Houston Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Criminal Case No. 4:17–cr–00651 |
| vs. | § § § | Judge Charles Eskridge |
| Freddy Montes, et al.<br>    Defendant. | § § § | |

Notice of Setting

Take notice that a Nebbia Hearing is set as follows:

Tuesday, March 4, 2025, at 09:30 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002