17cr651-1

TRULINCS 34157479 - MONTES, FREDDY DAVID - Unit: HOU-D-E

---

FROM: 34157479
TO:
SUBJECT:
DATE: 02/22/2026 07:25:44 PM

United States Courts
Southern District of Texas
FILED

FEB 24 2026

Nathan Ochsner, Clerk of Court

GoodMorning your Honorable Judge Charles Estridge,
I am writing you today, Friday Feb 20th 2026, in regard to my withdrawal of my guilty plea.
I am at a loss as to why I have received curt transcripts on Feb 9, 11, and 17. They have no comments or notes attached to them other than transcript numbers. I would like to be present in future hearings, if there are any, for this concerns me. There are many inaccuracies in my case, which you stated that this was because Mr.. Goldman didn't keep his promise. I don't believe you told me that you recommended me to not take my guilty plea back out of ill will, however, I hope you understand that standing in my shoes, you have a man who has the last say over your life tell you that he doesn't recommend you to withdraw your guilty plea, what else is there to do ? I don't know much about the law, I have only been in 1 major felony case in a court room when I committed this crime as a 19 year old. My intention is not to antagonize or offend you to throw my life away. I know that my life has no value to the Prosecutor or my alleged victim, however, it does to my son, to my mother, to my brothers and to those who love me. I was given one day, August 1st, 2022 to go through my plea agreement and then plea out the next day, I believed that I understood what I was agreeing to. However, after 8-10 months of studying the law library, I put in a Pro-Se Motion to withdraw my guilty plea after I came to realize I had committed a horrendous mistake, it being, making an uninformed decision. There are many lies and inaccuracies in the PSRI and on the evidence. You told me to fight. So now I ask you to please reconsider and allow me to fight so that I may find justice.

FREDDY MONTES #39457478
FEDERAL DETENTION CENTER
P.O. BOX 526255
HOUSTON TEXAS 77052-6255

CERTIFIED MAIL
9589 0710 5270 1440 3753 80



United States Courts
Southern District of Texas
FILED
FEB 24 2026
Nathan Ochsner, Clerk of Court

Judge CHARLES ESKRIDGE
515 Rusk ST
Houston Texas 77002