UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | 4:17-cr-00651 |
| FREDDY MONTES,<br>           Defendant | § § § | |

## MOTION TO DETERMINE WHETHER THE UNDERSIGNEDSHOULD REMAIN AS ATTORNEY OF RECORD

**TO THE HONORABLE JUDGE CHARLES ESKRIDGE:**

**COMES NOW,** Winifred Akins Pastorini, attorney of record for the above-named Defendant and hereby requests this Honorable Court consider the merits of this motion and in turn determine whether the undersigned should remain as attorney of record based upon the following:

The undersigned is the attorney of record for Freddy David Montes and has been so for the preceding 9 years. On this day AUSA Adam Golldman filed a motion alleging professional misconduct against the undersigned in an effort to prevent the undersigned from promoting and/or testifying on behalf of Defendant Montes as to the professional misconduct committed, in the presence of the undersigned, by AUSA Goldman, for allegedly having tricked, and or bribed, Defendant Montes into not withdrawing his plea of guilty in this prosecution, and for which Defendant Montes

1

has repeatedly asserted that he is not guilty of having committed, and to which both assertions the undersigned is a witness.

Rule 3.08(a) of the Texas Disciplinary Rules of Professional Conduct provides that "a lawyer shall not. continue employment as an advocate for before a tribunal in a proceeding if the lawyer knows or believes that the lawyer is or may be a witness necessary to establish an essential fact on behalf of the lawyer's client unless the Court determines whether an exception under Rule 3.08(a) of the Texas Disciplinary Rules applies, and for which Defendant request a judicial determination.

Wherefore, Premises Considered, Defendant Montes asks that this Honorable Court make said determination.

>                    Respectfully submitted,
>
>                    /s/ Windi Akins Pastorini
>                    WINDI AKINS PASTORINI
>                    440 Louisiana, Suite 200
>                    Houston, Texas  77002
>                    (713)236-7300
>                    (713)224-2815 Fax
>                    STATE BAR NO.:00962500
>                    **Attorney for Defendant**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing **MOTION TO DETERMINE WHETHER THE UNDERSIGNEDSHOULD REMAIN AS ATTORNEY OF RECORD** was delivered via electronic filing to the Assistant United States Attorney in this cause on February 25, 2026.

                    */s/ Winifred Pastorini*
                    **WINIFRED AKINS PASTORINI**